IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| LOGAN VINCENT LAND,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF KEOKUK, IOWA, and TANNER WALDEN, Individually and in his Official Capacity as an Officer of the Keokuk Police Department.<br><br>   Defendants. | Case No. 3:21-cv-00051-RP-SBJ<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties file this Joint Stipulation of Dismissal with Prejudice.  It is stipulated that this matter be dismissed with prejudice, with each party to bear its own costs.


       /s/ Eric S. Mail
       Eric D. Puryear
       Eric S. Mail
       PURYEAR LAW, P.C.
       3719 Bridge Avenue, #6
       Davenport, IA  52807
       Telephone:  (563) 365-8344
       Facsimile:  (563) 415-5032
       Email:  eric@puryearlaw.com
           mail@puryearlaw.com

       ATTORNEYS FOR PLAINTIFF

   /s/ Wilford H. Stone
WILFORD H. STONE,  AT0007699
DANIEL M. MORGAN,  AT0013452
     Of
LYNCH DALLAS, P.C.
526 Second Avenue SE
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Telephone    319.365.9101
Facsimile     319.365.9512
E-Mail       wstone@lynchdallas.com
              dmorgan@lynchdallas.com

ATTORNEYS FOR DEFENDANTS
CITY OF KEOKUK, IOWA AND
TANNER WALDEN

[ certificate of service follows ]

## Certificate of Service

I certify that on **November 22, 2022**, I served the foregoing **Joint Stipulation of Dismissal** by electronic filing using the CM/ECF System, which will send notification of such filing to the following counsel-of-record for the Defendants:

**Wilford Stone**
Lynch Dallas P.C.
526 Second Avenue SE
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
wstone@lynchdallas.com

                                                                         */s / Eric S. Mail*